# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2108
_____

GARY BRADSHER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.


April 3, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Gary Bradsher, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.